No. 78. A. C. FROST & Co. *v.* COEUR D'ALENE MINES CORP. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Idaho granted. *Messrs. Ernest L. Wilkinson, Charles J. Kappler,* and *John W. Cragun* for petitioner. *Messrs. James A. Wayne* and *W. H. Langroise* for respondent.

No. 85. FEDERAL TRADE COMMISSION *v.* BUNTE BROTHERS, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biddle* for petitioner. *Messrs. Theodore E. Rein* and *Samuel G. Clawson* for respondent.

No. 97. VOELLER ET AL. *v.* NEILSTON WAREHOUSE Co. ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Messrs. Carrington T. Marshall* and *Orland R. Crawfis* for petitioners. *Mr. Francis J. Wright* for respondents.

No. 120. PALMER ET AL., TRUSTEES, *v.* WEBSTER & ATLAS NATIONAL BANK, TRUSTEE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Hermon J. Wells* for petitioners. *Mr. Robert H. Davison* for respondent.

No. 188. UNITED STATES *v.* COWDEN MANUFACTURING Co. October 14, 1940. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Biddle*